IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAMIEN BURDETTE, | : |
| Plaintiff, | : Civil Action Number: |
| vs. | : |
| | : 3:17-cv-00058-CDL |
| MAURICE'S TOWING, LLC, and MAURICE BENNETT, | : |
| Defendants. | : |

## **ORDER**

Having considered the foregoing JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS ACTION WITH PREJUDICE, and for good cause shown, this JOINT MOTION is granted.

The Settlement Agreement is approved and this matter is DISMISSED with prejudice. The Clerk is instructed to CLOSE this case.

SO ORDERED, this 13th day of December, 2017.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA